**Ernest Warren, Jr., OSB. 891384**
E-Mail: e.warren@warrenpdxlaw.com
WARREN & SUGARMAN
838 SW First Avenue, Suite 500
Portland, Oregon  97204
Tel: (503) 228-6655
Fax: (503) 228-7019

Attorney for Defendant Earl D. Fisher

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                          **Plaintiff,**<br><br>                  v.<br><br>**EARL D. FISHER,**<br><br>                          **Defendant,** | **CASE NO. 3:18-CR-00319-JO-2**<br><br>**DEFENDANT EARL D. FISHER MOTION TO PRODUCE ALL CONFIDENTIAL INFORMANTS, BENEFITS, AND DEFENSE ATTORNEY INTERVIEW** |

COMES NOW the defendant, Earl D. Fisher, by and through his attorney, Ernest Warren, Jr., and moves the court for an order compelling the government to produce all confidential informants and/or cooperating witnesses as follows:

   A. Identities and contact information;

   B. Disclosure of all benefits made or offered to informants or witnesses as inducement for information, including but not limited to money, leniency, and/or immunity;

*Page 1 - Defendant Earl D. Fisher Motion to Produce All Confidential Informants, Benefits, and Defense Attorney Interview*

**WARREN & SUGARMAN**
838 SW 1ST AVE, SUITE 500
PORTLAND, OR 97204
P (503)228-6655 F (503)228-7019
e.warren@warrenpdxlaw.com

    C. The names of all agents and their state, local or federal agencies who have received any information from the informants or witnesses in this case or any other cases, or who have conferred benefits to the informant or witness or an associate of the informants or witnesses;

    D. Production and disclosure of any informant or witness files in the custody of the DEA or any other state, local or federal law enforcement agencies;

    E. All information regarding the informants or witnesses prior testimony in this or any other proceeding; and

    F. All records or evidence regarding informants and witnesses drug and alcohol habits; and

    G. All records or evidence regarding informants and witnesses psychiatric treatment, and/or drug or alcohol treatment.

## POINTS AND AUTHORITIES

*Roviaro v. U.S.,* 353 U.S. 53 (1957)

*Brady v. Maryland,* 373 U.S. 83 (1963)

DATED this 21 day of August, 2018

    RESPECTFULLY SUBMITTED,
    **WARREN & SUGARMAN**

    /s/ Ernest Warren, Jr.
    _____
    **Ernest Warren, OSB No. #891384**
    Attorney for defendant

*Page 2 - Defendant Earl D. Fisher Motion to Produce All Confidential Informants, Benefits, and Defense Attorney Interview*

**WARREN & SUGARMAN**
838 SW 1ST AVE, SUITE 500
PORTLAND, OR 97204
P (503)228-6655 F (503)228-7019
e.warren@warrenpdxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of **Defendant Earl D. Fisher Motion to Produce All Confidential Informants, Benefits, & Defense Attorney Interview** in the attached matter upon the parties listed below on by notice of electronic filing using the CM/ECF System:

**AUSA Leah Bolstad**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204

and filed the original with the Court on the date listed below.

DATED this 21 of August, 2018.

**WARREN & SUGARMAN**

/s/ Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for defendant

Page 1- Certificate of Service