FILED 11 DEC '18 9:34USDC-ORP

**Ernest Warren, Jr., OSB #891384**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Earl D. Fisher**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-CR-00319-JO-2 |
| Plaintiff, | MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL INFORMANTS |
| v. | |
| EARL D. FISHER, | |
| Defendant. | |

## MOTION

COMES NOW, the defendant, Earl D. Fisher, by and through his attorney, Ernest Warren, Jr., and moves the Court for an order allowing the defendant to withdraw his motion to compel informants.

The parties have conferred with the government by and through AUSA Leah Bolstad and will work to determine a reasonable time before trial for disclosure of informants and their statements.

DATED THIS 11 day of December 2018

/s/Ernest Warren, Jr.
Ernest Warren, Jr. OSB No. 891384
Attorney for defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served the **MOTION TO WITHDRAW DEFENDANT'S MOTION TO COMPEL INFORMANTS** in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Leak K. Bolstad**
U.S. Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1125
Fax: 503-727-1117

and filed the original with the Court on the date listed below.

DATED this 11th day of December, 2018.

                                    **WARREN & SUGARMAN**

                                    /S/ Ernest Warren, Jr.

                                    **Ernest Warren, Jr. OSB No. 891384**
                                    Attorney for defendant