**Ernest Warren, Jr., OSB No. 89138**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon  97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Earl Deverle Fisher**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:18-cr-00319-JO-2 |
| Plaintiff, | UNOPPOSED MOTION FOR THE CONTINUANCE OF THE SENTENCING DATE |
| v. | |
| **EARL DEVERLE FISHER,** | |
| Defendant. | |

COMES NOW, the defendant, Earl Deverle Fisher, by and through his attorney, Ernest Warren, Jr., and moves the court to continue the sentencing date from December 15, 2019 to July 8, 2020 because we are working up mitigation and reviewing additional documents . This motion is supported by a declaration of counsel.

DATED this 21st  day of October, 2019.

                                          RESPECTFULLY SUBMITTED,

                                        /s/ Ernest Warren, Jr.
                                        **Ernest Warren, Jr., OSB No. 89138**
                                        Attorney for defendant

Page 1 - *UNOPPOSED MOTION FOR THE CONTINUANCE OF THE SENTENCING DATE*

**WARREN & SUGARMAN**
Attorneys at Law
838 SW First Avenue • Suite 500 • Portland, Oregon 97204
Tel (503) 228-6655 • Fax (503) 228-7019
e.warren@warrenpdxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the UNOPPOSED MOTION FOR THE CONTINUANCE OF THE SENTENCING DATE in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

Leah K. Bolstad
US Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204
503-727-1125
Fax: 503-727-1117
Email: leah.bolstad@usdoj.gov

DATED this 21st day of October, 2019.

RESPECTFULLY SUBMITTED,

WARREN & SUGARMAN

/s/ Ernest Warren, Jr.
**Ernest Warren, Jr., OSB No. 89138**
Attorney for defendant

Page 2 - *UNOPPOSED MOTION FOR THE CONTINUANCE OF THE SENTENCING DATE*

**WARREN & SUGARMAN**
Attorneys at Law
838 SW First Avenue • Suite 500 • Portland, Oregon 97204
Tel (503) 228-6655 • Fax (503) 228-7019
e.warren@warrenpdxlaw.com