**Ernest Warren, Jr., OSB No. 89138**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Earl Deverle Fisher**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:18-cr-00319-JO-2 |
| Plaintiff, | DECLARATION OF ERNEST WARREN, JR. IN SUPPORT OF UNOPPOSED MOTION FOR THE CONTINUANCE OF THE SENTENCING DATE |
| v. | |
| **EARL DEVERLE FISHER,** | |
| Defendant. | |

**I, Ernest Warren Jr., under penalty of perjury, do hereby depose and say:**

1. I am the attorney of record for the defendant;

2. I was appointed to represent defendant by the Honorable John V. Acosta on July 10, 2018;

3. I request the Court grant my Motion for a Continuance of the Sentencing Date to July 8, 2020.

///

///

*Page 1 – DECLARATION IN SUPPORT OF THE UNOPPOSED MOTION FOR THE CONTINUANCE OF SENTENCING DATE*
*WARREN & SUGARMAN*
*Attorneys at Law*
*838 SW First Avenue • Suite 500 • Portland, Oregon 97204*
*Tel (503) 228-6655 • Fax (503) 228-7019*
*e.warren@warrenpdxlaw.com*

4. We are working up mitigation and review of additional documents.

5. AUSA Leah Bolstad does not object to this request.

DATED this 21st of October, 2019.

                                                              /s/ Ernest Warren, Jr.
                                                              **Ernest Warren, Jr., OSB No. 89138**

*Page 2 – DECLARATION IN SUPPORT OF THE UNOPPOSED MOTION FOR THE CONTINUANCE OF SENTENCING DATE*
***WARREN & SUGARMAN***
*Attorneys at Law*
*838 SW First Avenue • Suite 500 • Portland, Oregon 97204*
*Tel (503) 228-6655 • Fax (503) 228-7019*
[e.warren@warrenpdxlaw.com](mailto:e.warren@warrenpdxlaw.com)