Deborah S. Burdzik, OSB #964071
burdzik@burdziklaw.com
Attorney at Law
3300 NW 185th Avenue, #501
Portland, Oregon 97229
(503) 805-4573

Attorney for Defendant Earl Deverle Fisher

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 3:18-cr-00319-MO-2 |
| v. | UNOPPOSED MOTION TO WITHDRAW AS COUNSEL |
| EARL DEVERLE FISHER, | |
| Defendant. | |

Deborah S. Burdzik, counsel for defendant Earl Deverle Fisher, hereby respectfully moves to withdraw as one of the attorneys of record in the above-mentioned case. Counsel has accepted a position with the Capital Murder Unit at Metropolitan Public Defender, Inc. starting on December 31, 2019.

/ / /

The government, through Assistant United States Attorney Leah Bolstad, has no objection to this request.

    RESPECTFULLY SUBMITTED this 30th day of December, 2019.

                                        /s/ Deborah Burdzik
                                        Deborah S. Burdzik, OSB #964071
                                        Attorney for Earl Deverle Fisher