## IN THE UNITED STATE DISTRICT OF COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00319-MO-2 |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE |
| v. | PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| EARL DEVERLE FISHER, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Lynne Morgan is appointed pursuant to the

provisions of the Criminal Justice Act, 18 U.S.C. 3006A, as substitute counsel, relieving

Deborah S. Burdzik for Earl Deverle Fisher, effective December 30, 2019.

DATED this _31_ day of December, 2019.

_____
Honorable Michael W. Mosman
United States District Court Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender